C. A. No. 74-89. STATE *v.* LEO DESROCHES. Motion of State to dismiss the defendant's appeal is assigned for oral argument to October 12, 1976 at 9:30 a.m. Defendant is ordered to appear on said date to be heard with reference to the above motion. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. Leo Desroches, pro se.

C. A. No. 74-278. STATE *v.* JOSEPH BENOIT AND JULIAN ZIOBROWSKI. Motion of defendants to reargue denied without prejudice to defendants' seeking relief under the Post Conviction Remedy Act, G. L. 1956 (1969 Reenactment) §10-9.1-1. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Bernard C. Gladstone, Barbara Hurst,* Asst. Public Defender, for defendants.

C. A. No. 75-220. STATE *v.* BRUCE LESTER JOHNSON. Motion of defendant for an extension of time to file his brief to October 12, 1976 granted. If the brief is not filed by that time the appeal will be dismissed. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Frank S. Cappuccio,* for defendant.

C. A. No. 76-72. STATE OF RHODE ISLAND *v.* GEORGE C. LEVITT. Motion of defendant for special asignment denied. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Lawrence F. O'Donnell,* Boston, Mass., for defendant.